UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-13-18

------------------------------------X

AMY ORSULAK,

                Plaintiff,      :   17 Civ. 5552 (JGK)(HBP)

   -against-                           :   STIPULATION AND
                                             ORDER OF DISMISSAL
SYNCHRONY BANK,                      :

                Defendant.       :

------------------------------------X

It is hereby stipulated and agreed that this matter be and hereby is dismissed with prejudice and without costs, provided that within thirty (30) days of the date of this Order, the action may be reinstated for good cause shown.

Dated:  New York, New York
        July 12, 2018

CONSENTED TO:

Price Law Group APC

_____
By: Alla Gulchina, Esq.
Attorney for Plaintiff
Amy Orsulak

Dated:  New York, New York
        July 13, 2018

Reed Smith LLP

_____
By: Nana Boyer, Esq.
Attorney for Defendant
Synchrony Bank

SO ORDERED

_____
HON. JOHN G. KOELTL
United States District Judge